J. H. Casey and Mercy Argentau, Appellants, v. South-
ern Land Securities Company, a Corporation, Ap-
pellee.

An appeal from a Decree of the Circuit Court within
and for the County of Polk.

Appeal dismissed on motion of counsel for appellee.

No appearance for Appellants;

*Geo. W. Oliver* and *Wm. A. Burgress,* for Appellee.

---

Mercy Argentau and J. H. Casey, Appellants, v. South-
ern Land Securities Company, a Corporation, Ap-
pellee:

An Appeal from a Decree of the Circuit Court within
and for the County of Polk.

Appeal dismissed on motion of counsel for appellee.

No appearance for Appellants;